AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MANETIRONY CLERVRAIN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: CV 122-001

DAVID SHAFER, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated January 5, 2022, the above-captioned case is dismissed without prejudice, and this case stands closed.

| | |
|---|---|
| January 5, 2022 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *Candy Ashbell* (signature) |
| | (By) Deputy Clerk |

GAS Rev 10/2020